

## 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the matter of J.H.N.,

No. 11-19-00039-CV

\* From the 70th District Court
  of Ector County
  Trial Court No. B-30,621.

\* March 29, 2019

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.